Francis A. Montbach, Esq. (FAM 9631)
Jodi S. Tesser, Esq. (JST 6398)
MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Defendant
American Airlines, Inc.
One Battery Park Plaza
New York, New York 10004
(212) 804-4200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY             08 Civ. 3412 (DAB)
OF NORTH AMERICA,

              Plaintiff,                     **RULE 7.1 STATEMENT**

- against -

AMERICAN AIRLINES, INC.,

              Defendant.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Joint Local Rules of the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, American Airlines, Inc. certifies that the following are corporate parents, subsidiaries or affiliates of that party:

AMR Corporation
AA Credit Corporation
AA Ventures I, Inc.
Admirals Club, Inc. (MA - no stock issued)
Air California, Inc.
Air Cal, Inc.
Air Data Center, Inc.
American Airlines Australian Tours, Inc.
American Airlines de Italy, Inc.
American Airlines de Mexico, S.A. (Mexico)
American Airlines de Venezuela, S.A. (Venezuela)
American Airlines Fuel Corporation
American Airlines Overseas Corporation, N.V.

(Netherlands Antilles)
American Inter-Island, Inc.
AMR Ventures I, Inc.
AMR Ventures II, Inc.
AMR Ventures III, Inc.
AMR Ventures IV , Inc. (Nevada)
AMR Ventures Holding Company, Inc.
Flagship Hotels, Inc.
The Magnis Corporation

                                       MOUND COTTON WOLLAN
                                       & GREENGRASS

By _____
                                       Francis A. Montbach (FAM 9631)
                                       Jodi S. Tesser (JST 6398)
                                       One Battery Plaza
                                       New York, New York 10004
                                       (212) 804-4200

STATE OF NEW YORK      )

COUNTY OF KINGS)

### AFFIDAVIT OF SERVICE

Lynn Cappiello, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and resides in Nassau County, New York.

That on May 1, 2008, deponent served the within **ANSWER AND RULE 7.1 STATEMENT** upon:

David L. Mazaroli, Esq. (DM 3929)
11 Park Place - Suite 1214
New York, New York 10007
Tel. (212) 267-8480
Fax (212) 732-7352

the addresses designated by said entities for that purpose by depositing the same enclosed in a first-class postpaid properly addressed wrapper to said entities at the above addresses in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Lynn Cappiello

Sworn to before me this 1st.
day of May, 2008

_____
**NOTARY PUBLIC**

IRENE SIEGEL
Notary Public State of New York
No. 41-4872330
Qualified in Queens County
Commission Expires October 14, 2010