USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Indemnity Insurance Company of North America,**

                    **Plaintiff,**

        -v-

**American Airlines, Inc.,**

                    **Defendant.**

Case No. 08-CV-03412(RJS)

ORDER
ECF

RICHARD J. SULLIVAN. District Judge:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____  General Pretrial (includes scheduling,

discovery, non-dispositive pretrial motions,

and settlement)

____  Specific Non-Dispositive Motion/Dispute:*

_____

_____

        If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__x__  Settlement*-Parties request a settlement conference in October, 2008.

____  Inquest After Default/Damages Hearing

____  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
        Purpose:_____

____  Habeas Corpus

____  Social Security

____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
        Particular Motion:_____

        All such motions:_____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:        **Aug. 15** 2008
                New York, New York

Richard J. Sullivan
United States District Judge